UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DORTON,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVE TORTORICE, et al.,<br><br>    Defendants. | No. 1:25-cv-00975-KES-SAB (PC)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED ON SEPTEMBER 5, 2025<br><br>(ECF No. 7) |

      Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

      Plaintiff filed the instant action on August 6, 2025.

      On August 12, 2025, the Court issued an order to show cause why the action should not be dismissed as duplicative of Dorton v. Tortorice, Case No. 1:23-v-01784-JLT-GSA (PC).

      Having received no response from Plaintiff, the Court issued Findings and Recommendations to dismiss the action as duplicative on September 5, 2025. (ECF No. 7.)

      On September 10, 2025, Plaintiff filed a belated response to the order to show cause. (ECF No. 8.) Therein, Plaintiff argues that the causes of action, parties, and the relief sought in both actions are not the same. (Id. at 2.) Plaintiff explains that in Dorton v. Tortorice, Case No. 1:23-v-01784-JLT-GSA (PC), he presents an ADA claim that "is narrowly confined." (Id.) Whereas, in the instant action, Plaintiff presents a retaliation under the First Amendment. (Id.)

1

1  Plaintiff submits that he complied with the order in Dorton v. Tortorice, Case No. 1:23-v-01784-
2  JLT-GSA (PC), which advised that unrelated claims could not be brought in the same action.  (Id.
3  at 1-2.)
4      Based on Plaintiff's representation that the instant action is a "retaliation" case and the
5  Dorton v. Tortorice, Case No. 1:23-v-01784-JLT-GSA (PC), action is a "ADA" case, the Court
6  finds good cause to vacate the Findings and Recommendations recommending dismissal of the
7  instant action as duplicative.
8      Accordingly, it is HEREBY ORDERED that:
9      1.   The Findings and Recommendations issued on September 5, 2025 (ECF No. 7),
10          are VACATED; and
11     2.   The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A in due
12          course.

IT IS SO ORDERED.

Dated:   **September 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2